IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 94-30004 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| vs. | ) | DATE: 4/30/2008 |
| SCOTT L. JOHNSON, | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds   COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

This matter is before the court for purposes of case management and calendar control.

It is hereby ORDERED that this matter is STRICKEN from the 5/1/2008 docket and reset for hearing on the Motion to Revoke Supervised Release on 5/22/2008 at 1:30 p.m. in Benton, IL.

NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk